## In re DUNCAN.

(Circuit Court of Appeals, Fourth Circuit. February 8, 1918.)

No. 1609.

MANDAMUS ☜4(1)—GROUNDS—REMEDY BY APPEAL.

A writ of mandamus will not be granted to require a District Judge to correct alleged errors occurring on the trial of a cause, where they can be brought up for review by appeal.

In the matter of the application of Cloyd H. Duncan for leave to file a petition for a writ of mandamus, directed to Hon. Alston G. Dayton, District Judge of the United States for the Northern District of West Virginia. Denied.

Before PRITCHARD, KNAPP, and WOODS, Circuit Judges.

Cloyd H. Duncan, in pro. per.

PRITCHARD, Circuit Judge. In the above-entitled matter Cloyd H. Duncan, complainant in the court below, presents a petition in which he states that his attorney is not a member of the bar of this court. The petitioner seeks to have this court issue an alternative writ of mandamus, directing the District Judge for the Northern District of West Virginia to correct alleged errors at law in the trial of a cause. The questions which petitioner seeks to have us pass upon can be considered by this court if the cause should be brought here on appeal, provided such questions are raised by a proper assignment of error.

No ground is stated for interfering with the District Judge in the discharge of his duties upon the showing made. Therefore the application for leave to file a petition for a writ of mandamus is denied.